# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JORGE NIEBLA,**

    **Plaintiff,**

**vs.**                                                    **CASE NO. 4:05CV235-MMP/AK**

**GOVERNOR JEB BUSH,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

    This cause has been pending since July 8, 2005, without the issue of the filing fee resolved.  By Order dated July 18, 2005, Plaintiff was ordered to file an amended complaint, an amended motion for leave to proceed in forma pauperis, or pay the filing fee on or before August 29, 2005.  (Doc. 4).  When there was no response to the Order, a show cause order was entered.  (Doc. 7).  However, Plaintiff had transferred to another institution so the Court re-mailed the order to the new address.  (Doc. 9).  A letter was received from Plaintiff, but no amended pleadings were received, so that a second show cause order was entered requiring a response by March 3, 2006.

(Doc.12). As of this date no amended pleadings have been filed and no further communications have been made with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with several orders of this Court and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this <u>29th</u> day of March, 2006.

                 s/ A. KORNBLUM
                 **ALLAN KORNBLUM**
                 **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:05cv235-MMP/AK